# United States District Court
## District of Maryland

07-109-M-01

UNITED STATES OF AMERICA

v.

KENTON D. LONG

WARRANT FOR ARREST

Case No. 06-2845M

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **KENTON D. LONG** and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him/her with *(brief description of offense)*:

Resisting Arrest
Flee to Elude

**FILED**
MAR 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
U.S. MARSHAL
BALTIMORE MD
2006 AUG 22 P 12: 17

in violation of Title 18 United States Code, Section(s) 111(A)(1) and MTA-21-904(B)(1)

Thomas M. DiGirolamo
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Carol Lynne Bishop
(By) Deputy Clerk

August 11, 2006   Greenbelt, MD
Date and Location

Bail fixed at $_____

by _/s/ Thomas M. DiGirolamo_
Thomas M. DiGirolamo - U.S. Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received<br>3-27-07 | Name and Title of Arresting Officer<br>DAVID BALDWIN<br>SDUSM | Signature of Arresting Officer<br>/s/ David Baldwin |
|---|---|---|
| Date of Arrest<br>3-27-07 | | |

U.S. DISTRICT COURT (Rev. 12/98)

07-109-M-01

# UNITED STATES DISTRICT COURT
## District of Maryland

UNITED STATES OF AMERICA

v.

KENTON DEON LONG

DOB
DL#

CRIMINAL COMPLAINT

**FILED** CASE NUMBER 06- 2845 M

MAR 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 21, 2006, in Prince George's County, in the District of Maryland, on lands within the special maritime and territorial jurisdiction of the United States, defendant did, knowingly, willfully and intentionally,

1. forcibly assault, resist, oppose, impede, intimidate and interfere with Cpl. Matthew Sheldon, a police officer at the Office of Naval Intelligence, while Cpl. Sheldon was engaged in and on account of the performance of his official duties, in violation of 18 U.S.C. §111(a)(1).
2. having been given a visual and audible signal to stop by a police officer in uniform, prominently displaying the officer's badge and insignia of office, did attempt to elude the officer by willfully failing to stop the vehicle he was driving, in violation of 18 U.S.C. § 13 and § 21-904(b)(1) of the Maryland Transportation Art.

I hereby certify that I am a federal police officer, and that the facts upon which this complaint is based are as follows:

See attached affidavit.

_____
Inv. Jerry E. Smith, ONI Police, 301-669-3707

Sworn to before me and subscribed in my presence,

7/6/06
July 6, 2006

_____ at Greenbelt, Maryland

United States Magistrate Judge
United States District Court

_____
Signature of Judicial Officer

Sworn to before me and subscribed in my presence.

_7/6/06_                                at Greenbelt, Maryland
July 6, 2006

United States Magistrate Judge
United States District Court

_[signature]_                               Signature of Judicial Officer