**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 3/30/07

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 0 3 2007

A. GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

Nancy Mayer-Whittington
Clerk of the Court
Address of Other Court: United States District Court
6550 Cherrywood Lane Ste 200
Greenbelt, Md. 20770

**FILED**

APR 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: 07-109M KENTON D. LONG

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

X   Docket Sheet                                  ___ Warrant of Removal

X   Warrant/Criminal Complaint                    ___ Order of Removal

___ Minute Order Appointing Counsel               ___ Detention Order

___ Corporate Surety Bond                         X   Waiver of Removal

___ Personal Surety Bond

X   Other-Blotter dated 3/30/07 and 3/27/07

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
    Deputy Clerk